SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN STOLZ, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA POULOS, Director, California ervice Center, U.S. Citizenship and Immigration Services; DR. EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT S. MUELLER, Director Federal Bureau of Investigation, <br><br> Defendants. | No. C 06-7569 WHA <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). Additionally, the parties ask that the March 29, 2007 hearing date on Defendants' motion to dismiss be vacated.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-7569 WHA                              1

| | | |
|---|---|---|
| 1 | Dated: March 14, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | Dated: March 14, 2007 | /s/<br>MARTIN J. LAWLER |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 15, 2007

IT IS SO ORDERED
Judge William Alsup

WILLIAM ALSUP
United States District Judge

Stipulation to Dismiss
C06-7569 WHA                              2